HEATHER E. WILLIAMS, SBN 122664
Federal Defender
MEGAN T. HOPKINS, SBN 294141
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700
Fax: (916) 498-5710

Attorneys for Defendant
DARIUS LAMAR WEBSTER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:23-mj-00137-CKD |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE PRELIMINARY HEARING AND DETENTION HEARING** |
| v. | |
| DARIUS LAMAR WEBSTER, | Date:  October 12, 2023<br>Time:  2:00 P.M. |
| Defendant. | Judge: Honorable Carolyn K. Delaney |

Plaintiff United States of America, by and through its attorney of record, Assistant United States Attorney Whitnee Goins Thompson, and defendant Darius Lamar Webster, by and through his counsel of record, Assistant Federal Defender Megan T. Hopkins, hereby stipulate as follows:

1. Mr. Webster was arrested on September 28, 2023, pursuant to a warrant arising out of a supervised release violation petition in the Central District of California.

2. The supervised release petition alleges: 1) that Mr. Webster committed a new law violation[1]; and 2) that Mr. Webster travelled outside of the Eastern District of California without permission.

---

[1] The new law violation is alleged to have occurred within the Eastern District of California.

Stipulation and Order Continuing Preliminary Hearing    -1-

3. Mr. Webster made his initial appearance on September 29, 2023.

4. At his initial appearance, Mr. Webster requested a preliminary hearing be set for October 6, 2023 at 2:00 p.m., and upon the government's motion for detention, requested a detention hearing be set for that same date and time.

5. Mr. Webster has identified at least one witness, a United States Probation Officer, who is on leave on October 6, 2023, however will be available on October 12, 2023 at 2:00 p.m.

6. The assigned Probation Officer also prefers to continue the preliminary hearing to October 12, 2023.

7. The government does not object to the continuance.

8. Good cause exists to continue the detention hearing to October 12, 2023, given that the evidence presented at the preliminary hearing may bear on the determination as to the release or detention of Mr. Webster and therefore holding both proceedings on the same date promotes judicial economy.

9. The parties now jointly request a continuance of both the preliminary hearing and the detention hearing in this matter to October 12, 2023 at 2:00 p.m.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: October 4, 2023

*/s/ Megan T. Hopkins*
MEGAN T. HOPKINS
Assistant Federal Defender
Attorneys for Defendant
DARIUS LAMAR WEBSTER

Date: October 4, 2023

PHILLIP TALBERT
United States Attorney

*/s/ Whitnee Goins Thompson*
WHITNEE GOINS THOMPSON
Assistant United States Attorney
Attorney for Plaintiff

**O R D E R**

The Court, having received and considered the parties' stipulation for a continuance of both the preliminary hearing and detention hearing, finds that the stipulation demonstrates good cause the continuance of both hearings to October 12, 2023, at 2:00 p.m. before Magistrate Judge Carolyn K. Delaney.

**IT IS SO ORDERED.**

Dated:  October 4, 2023

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE