**FILED**
October 17, 2023
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DARIUS LAMAR WEBSTER,

    Defendant.

Case No. 2:23-mj-00137-CKD

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release  DARIUS LAMAR WEBSTER, Case No. 2:23-mj-00137-CKD, Charge 18 U.S.C. 3606, from custody for the following reasons:

    __X__  Release on previously imposed supervised release conditions.

    _____  Bail Posted in the Sum of $ _____

        _____  Unsecured Appearance Bond $ _____

        _____  Appearance Bond with 10% Deposit

        _____  Appearance Bond with Surety

        _____  Corporate Surety Bail Bond

        _____  (Other):

Sacramento County Jail is further ORDERED to release the defendant with a

__X__ 30-day supply of any medications the defendant is receiving from the jail.

Issued at Sacramento, California on October 18, 2023 at 2:12 p.m.

By: _/s/ Jeremy Peterson_____

Magistrate Judge Jeremy D. Peterson