1  HEATHER E. WILLIAMS, SBN 122664
   Federal Defender
2  MEGAN T. HOPKINS, SBN 294141
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, CA 95814
4  Telephone: (916) 498-5700
   Fax: (916) 498-5710
5
6  Attorneys for Defendant
   DARIUS LAMAR WEBSTER
7
8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,          )  Case No.  2:23-mj-00137-CKD
                                      )
12            Plaintiff,              )  **MOTION FOR AN ORDER DIRECTING**
                                      )  **THE U.S. MARSHALS TO PAY FOR**
13 vs.                                )  **DEFENDANT DARIUS LAMAR**
                                      )  **WEBSTER'S TRANSPORTATION TO LOS**
14 DARIUS LAMAR WEBSTER,              )  **ANGELES, CA**
                                      )
15            Defendant.              )  Judge: Deborah Barnes
                                      )
16 _____   )

17        Defendant Darius Lamar Webster, by and through his attorney of record, Assistant

18 Federal Defender Megan T. Hopkins, hereby moves this Court for an order pursuant to 18 U.S.C.

19 § 4285 directing the United States Marshals Service to arrange for his means of noncustodial

20 transportation from his residence in San Leandro, California, to Los Angeles, California, in the

21 state and Central District of California, where his appearance is required for an Initial

22 Appearance set before the Honorable John F. Walter on November 7, 2023 at 8:00 a.m.  *See*

23 Exhibit A: ECF 62.

24        Any federal judge or magistrate judge, upon setting a condition that a released person

25 appear before "any court of the United States in another judicial district in which criminal

26 proceedings are pending, may…direct the United States marshal to arrange for that person's

27 means of noncustodial transportation or furnish the fare for such transportation to the place

28 where his appearance is required. . . ."  18 U.S.C. § 4285.  To issue such an order, the judge

1    should be "satisfied, after appropriate inquiry, that the defendant is financially unable to provide

2    the necessary transportation to appear before the required court on his own" and that the interests

3    of justice would be served by granting such request. *Id.*

4    ## I.     PROCEDURAL HISTORY

5        Mr. Webster is charged in the Central District of California with a violation of his terms

6    of supervised release for travelling outside of his supervising district without prior

7    authorization[1].  Mr. Webster made his initial appearance in the Eastern District of California,

8    Sacramento pursuant to Rule 5(c)(3) on September 29, 2023 before the Honorable Carolyn K.

9    Delaney. Following a preliminary hearing on October 12, 2023 before the Honorable Judge

10   Delaney and continued hearing on the status of release held on October 18, 2023 before the

11   Honorable Jeremy D. Peterson, Mr. Webster has been released on his own recognizance and

12   ordered to appear in the Central District of California as directed. On October 19, 2023 a docket

13   order was entered setting a Revocation hearing in the Central District of California for November

14   7, 2023 at 8:00 a.m.

15   ## II.     FACTUAL BACKGROUND

16       Mr. Webster was released from the Bureau of Prisons to begin a term of supervised

17   release on August 16, 2023.  In part due to his temporary incarceration arising from the Central

18   District's petition, he has not yet been able to secure employment and is without an income at

19   this time.  Mr. Webster is residing with his cousin at his cousin's home in San Leandro, CA and

20   does not have his own means of transportation.

21       Because he does not live in the Central District of California, the district out of which the

22   revocation petition has been brought and in which he has been ordered to appear, he will be

23   required to travel to that district for his November 7, 2023 court appearance. Mr. Webster will

24   need to arrive in Los Angeles the night prior to his scheduled appearance, as his appearance is set

25   at an hour by which it would be impossible for him to arrive if he were to leave on the day of the

26   hearing (8:00 a.m.).  For that reason, he will also have to pay for lodging for the night prior to the

27

28   [1] He was previously also charged with a new law violation, however that charge has been dismissed for lack of probable cause.  *See* ECF 7.

hearing.

By statute the Marshals only pay for transportation; they do not provide lodging, nor will they pay for subsistence upon the defendant's arrival in the destination district. It is in this context that the Court should evaluate Mr. Webster's ability to financially provide the necessary transportation to get to and from the district. Because he is out-of-custody and out-of-district, he bears the financial burden to provide lodging and subsistence during his trip to Los Angeles. As noted above, because of the time of the hearing on November 7, at 8:00 a.m., Mr. Webster will need to fly out the day before and pay for lodging and food during that night and the morning of the hearing.  Because he will have to cover two flights as well as lodging and subsistence, is currently unemployed and lacks any other means of transportation, the trip is not within Mr. Webster's financial means. Accordingly, Mr. Webster respectfully requests this Court to grant his motion for transportation costs.

                                        Respectfully submitted,

                                        HEATHER E. WILLIAMS
                                        Federal Defender

Date: October 27, 2023          */s/  Megan T. Hopkins*
                                        MEGAN T. HOPKINS
                                        Assistant Federal Defender
                                        Attorneys for Defendant
                                        DARIUS LAMAR WEBSTER

## ORDER

The Court has received Defendant Darius Lamar Webster's ("Defendant") motion for an order directing the United States Marshals to pay for his transportation costs to the Los Angeles Division of the Central District of California, where his appearance is required for a revocation hearing on November 7, 2023 at 8:00 a.m.. The motion was made pursuant to 18 U.S.C. § 4285. The Court has reviewed the motion and hereby finds that the defendant is financially unable to provide the necessary transportation to appear before this Court on his own, and that the interests

of justice would be served by granting the request. The Court GRANTS the defendant's motion and hereby directs the U.S. Marshal to arrange for the defendant's means of noncustodial transportation to and from San Leandro, California, for his required appearance at the November 7, 2023 revocation hearing in Los Angeles, California.

IT IS SO ORDERED.

Dated: October 29, 2023

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE